```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 02287
   BOBBY MCCORVEY
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-3801


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/09/2007 and was not confirmed.

     The case was dismissed without confirmation 08/01/2007.
--------------------------------------------------------------------------------
 CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
 TURNER ACCEPTANCE        SECURED NOT I    NOT FILED          .00         150.00
 TURNER ACCEPTANCE        UNSECURED        NOT FILED          .00            .00
 CITY OF CHICAGO PARKING  UNSECURED          12690.00         .00            .00
 M & I BANK               UNSECURED        NOT FILED          .00            .00
 NCO FINANCIAL SERVICES   UNSECURED        NOT FILED          .00            .00
 NCO FIN/55               UNSECURED        NOT FILED          .00            .00
 NELNET LNS               UNSECURED        NOT FILED          .00            .00
 PENNCRO ASSOCIATES INC   UNSECURED        NOT FILED          .00            .00
 PREMIUM ASSET RECOVERY C UNSECURED            536.00         .00            .00
 S & P CAPITAL INVESTMENT UNSECURED        NOT FILED          .00            .00
 TURNER ACCEPTANCE        UNSECURED        NOT FILED          .00            .00
 UNITED COLLECTIONS       UNSECURED            321.00         .00            .00
 WESTERN ILLINOIS UNIVERS UNSECURED        NOT FILED          .00            .00
 LAKEVIEW MANAGEMENT      NOTICE ONLY      NOT FILED          .00            .00
 ROBERT J SEMRAD & ASSOC  DEBTOR ATTY            .00                         .00
 TOM VAUGHN               TRUSTEE                                          11.12
 DEBTOR REFUND            REFUND                                          208.88

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                    370.00

 PRIORITY                                                .00
 SECURED                                              150.00
 UNSECURED                                               .00
 ADMINISTRATIVE                                          .00
 TRUSTEE COMPENSATION                                  11.12
 DEBTOR REFUND                                        208.88
                         ---------------     ---------------
 TOTALS                     370.00                   370.00


               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 02287 BOBBY MCCORVEY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/05/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```